```
                             United States Bankruptcy Court
                               Middle District of Florida
In re:                                                                                  Case No. 16-00468-JAF
William Kevin Nelson                                                                    Chapter 7
Kimberly Dawn Branham-Nelson
        Debtors                                  CERTIFICATE OF NOTICE
District/off: 113A-3              User: jmontero                Page 1 of 2                   Date Rcvd: Feb 12, 2016
                                  Form ID: 309A                 Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2016.
db/jdb        +William Kevin Nelson,    Kimberly Dawn Branham-Nelson,    95470 Sonoma Drive,
                Fernandina Beach, FL 32034-9018
tr            +Alexander G. Smith,    2601 University Blvd., West,    Jacksonville, FL 32217-2112
26065155      +AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                Elmsford, NY 10523-1615
26065156      +AmerAssist/AR Solutions,    455 Hutchinson Ave S,    Suite 5,   Columbus, OH 43235-5656
26065159      +Ar Resources Inc,    Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
26065161      +Buffaloe & Associates PLC,    44 Vantage Way #500,    Nashville, TN 37228-1542
26065163     ++CORTRUST BANK,    PO BOX 7030,   MITCHELL SD 57301-7030
               (address filed with court:  Cortrust Bank,    Attn: Bankruptcy,    Po Box 5431,
                Sioux Falls, SD 57117)
26065162      +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
26065165      +Eastern Revenue Inc,    998 Old Eagle School Rd,    Wayne, PA 19087-1805
26065173      +Luther Appliance & Furniture,    129 Oser Avenue, Suite A,    Hauppauge, NY 11788-3813
26065175      +Mg Credit,    5115 San Juan Ave,    Jacksonville, FL 32210-3137
26065176      +Midland Funding,    2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
26065151     ++NASSAU COUNTY TAX COLLECTOR,    86130 LICENSE ROAD,    STE 8,   FERNANDINA BEACH FL 32034-3786
               (address filed with court:  Nassau County Tax Collector,    96135 Nassau Place,    Yulee FL 32097)
26065180      +Receivable Recovery Se,    Po Box 7100,    Metairie, LA 70010-7100
26065182      +Revenue Recovery Corp,    7005 Middlebrook Pike,    Po Box 50250,   Knoxville, TN 37950-0250
26065183      +Southern Management,    625-C Herndon Av,    Orlando, FL 32803-5187
26065184      +Tribute,    Pob 105555,    Atlanta, GA 30348-5555
26065185      +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
26065186      +Trojan Professional Se,    Po Box 1270,    Los Alamitos, CA 90720-1270
26065188      +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: max@storylawgroup.com Feb 12 2016 22:35:35      Max Story,    Max Story, PA,
                328 2nd Avenue North,    Jacksonville Beach, FL  32250
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Feb 12 2016 22:36:03
                United States Trustee - JAX 13/7,    Office of the United States Trustee,
                George C Young Federal Building,    400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
26065154      +E-mail/Text: jsims@alivecu.coop Feb 12 2016 22:36:02      Alive Credit Union,    9790 Touchton Rd,
                Jacksonville, FL 32246-8227
26065158      +EDI: AMSHER.COM Feb 12 2016 22:18:00      AmSher Collection Srv,    4524 Southlake Parkway,
                Suite 15,    Hoover, AL 35244-3271
26065157      +EDI: PHINAMERI.COM Feb 12 2016 22:18:00      AmeriCredit/GM Financial,    Po Box 183583,
                Arlington, TX 76096-3583
26065160      +E-mail/Text: mark.hopson@automasterstn.com Feb 12 2016 22:36:34       Auto Masters,
                4601 Nolensville R,    Nashville, TN 37211-5205
26065164      +EDI: CCS.COM Feb 12 2016 22:18:00      Credit Collections Svc,    Po Box 773,
                Needham, MA 02494-0918
26065166      +E-mail/Text: bknotice@erccollections.com Feb 12 2016 22:36:17       ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
26065169       E-mail/Text: bankruptcynotification@frontiercorp.com Feb 12 2016 22:36:53
                Frontier Communication,    19 John St,    Middletown, NY 10940
26065167      +EDI: AMINFOFP.COM Feb 12 2016 22:18:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
26065152       EDI: FLDEPREV.COM Feb 12 2016 22:18:00      Florida Dept. of Revenue,    Bankruptcy Unit,
                P.O. Box 6668,    Tallahassee, FL 32314-6668
26065168      +E-mail/Text: bankruptcy@fsnb.com Feb 12 2016 22:36:56      Fort Sill National Ban,
                511 Sw A Ave,    Lawton, OK 73501-3927
26065170      +EDI: IIC9.COM Feb 12 2016 22:18:00      IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,
                St Paul, MN 55164-0378
26065172       EDI: JEFFERSONCAP.COM Feb 12 2016 22:18:00      Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                Saint Cloud, MN 56303
26065171      +Fax: 904-665-6557 Feb 12 2016 22:47:29      Jea,    21 W Church St,    Jacksonville, FL 32202-3158
26065174       EDI: RESURGENT.COM Feb 12 2016 22:18:00      LVNV Funding,    Po Box 10497,
                Greenville, SC 29603-0497
26065177       EDI: PRA.COM Feb 12 2016 22:18:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                Norfolk, VA 23541
26065178       E-mail/Text: admin@pdminc.net Feb 12 2016 22:35:43      Professional Debt Medi,
                7948 Bay Meadows Way,    2nd floor,    Jacksonville, FL 32256-8539
26065179      +Fax: 314-819-2982 Feb 12 2016 22:47:29      Rawlings Sporting Goods Comp,
                510 Maryville University Dr.,    Suite 110,    Saint Louis, MO 63141-5821
26065181      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 12 2016 22:43:41       Regional Acceptance Co,
                1420 E Fire Tower Rd Ste,    Greenville, NC 27858-4139
26065187       EDI: USBANKARS.COM Feb 12 2016 22:18:00      Us Bank,    200 Gibraltar Rd Ste 200,
                Horsham, PA 19044
26065153      +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Feb 12 2016 22:36:03       United States Trustee,
                135 W Central Blvd, Suite 620,    Orlando, FL 32801-2476
```

```
District/off: 113A-3          User: jmontero              Page 2 of 2                   Date Rcvd: Feb 12, 2016
                              Form ID: 309A               Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
26065190        E-mail/Text: collectionsoperationsgroup@vystarcu.org Feb 12 2016 22:36:37
                 Vystar Credit Union,   Attn: Bankruptcy,   Po Box 45085,   Jacksonville, FL 32232
26065189       +EDI: VERIZONEAST.COM Feb 12 2016 22:18:00      Verizon,   500 Technology Dr,   Suite 500,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2016 at the address(es) listed below:
```
              Alexander G. Smith    alex@agsmithtrustee.com, FL52@ecfcbis.com
              Max  Story    on behalf of Joint Debtor Kimberly Dawn Branham-Nelson max@storylawgroup.com,
               lynette@storylawgroup.com
              Max  Story    on behalf of Debtor William Kevin Nelson max@storylawgroup.com,
               lynette@storylawgroup.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **William Kevin Nelson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–4051** <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | **Kimberly Dawn Branham–Nelson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–7889** <br> EIN __–_____ |
| United States Bankruptcy Court **Middle District of Florida** | | Date case filed for chapter **7  2/11/16** |
| Case number:  **3:16–bk–00468–JAF** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | William Kevin Nelson | Kimberly Dawn Branham–Nelson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 95470 Sonoma Drive <br> Fernandina Beach, FL 32034 | 95470 Sonoma Drive <br> Fernandina Beach, FL 32034 |
| 4. | **Debtor's attorney** <br> Name and address | Max Story <br> Max Story, PA <br> 328 2nd Avenue North <br> Jacksonville Beach, FL 32250 | Contact phone 904–372–4109 <br> Email: max@storylawgroup.com |
| 5. | **Bankruptcy Trustee** <br> Name and address | Alexander G. Smith <br> 2601 University Blvd., West <br> Jacksonville, FL 32217 | Contact phone 904–733–3822 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 North Hogan Street Suite 3–350<br>Jacksonville, FL 32202 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 904–301–6490<br><br>Date: February 12, 2016 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **March 18, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.** *** | Location:<br><br>**FIRST FLOOR, 300 North Hogan St. Suite 1–200, Jacksonville, FL 32202** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** May 17, 2016 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |